DEBORAH K. HAMON
CSR, RDR, CRR, CRC, TMR, TCRR
OFFICIAL COURT REPORTER
ROCKWALL COUNTY COURT AT LAW
1111 E. YELLOWJACKET LN., SUITE 403
ROCKWALL, TEXAS 75087
(972) 204-6413

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/30/2018 2:11:33 PM

LISA MATZ
Clerk

January 30, 2018

Ms. Lisa Matz, Clerk        via TAMES Records Submission Portal
Court of Appeals - 5th District
George L. Allen Courts Bldg., 2nd Fl.
600 Commerce St., Ste. 200
Dallas, Texas 75202-4653

**Re:**     Appellate Court Cause Numbers 05-17-01469-CR, 05-17-01470-CR
       Trial Court Cause Numbers CR16-0886, CR16-0887

**Style:** State of Texas vs. Victoria Ifeanyi Anwuzia

Dear Ms. Matz:

The Reporter's Record was due yesterday, January 29, 2018. There has been no request for the Reporter's Record nor have satisfactory payment arrangements been made. *See* Tex.R.App. P. 34.6(b)(1), 35.3(b). On January 9, 2018, this Court issued an order abating the appeal in which appellant was put on notice of her requirement to request and pay for the preparation of the Reporter's Record. On January 22, 2018, the trial court conducted the hearing ordered by this Court in which the appellant was again advised that she would be required to request and pay for the preparation of the Reporter's Record in these appeals as evidenced in the trial court's Written Findings of Fact and Recommendations. Additionally, the appellant has not been deemed indigent and is not entitled to a free record prepared at taxpayer expense.

The duty to prepare the Reporter's Record for appellate review has not arisen, and no record has been prepared for filing. *See Utley v. Marathon Oil Co.,* 958 S.W.2d 960 (Tex.App.–Waco 1998, no pet.); *Cheek v. State,* 65 S.W.3d 728 (Tex.App.–Waco 2001, no pet.). "If no one requests the record, pays for it, or makes arrangements to pay for it (assuming nonindigency), then the reporter need not do anything. *Rodriguez v. State,* 970 S.W.2d at 136 (dealing with the clerk's record)." *Kent v. State,* 982 S.W.2d 639, 640 (Tex.App.–Amarillo 1998, pet. ref'd).

Sincerely,

/s/ Deborah K. Hamon